STATE v. BELL
    No. 89 PC
    Case below: 48 NC App 356
    Petition by defendant for further review denied 2 December 1980. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 2 December 1980.

STATE v. BIRKHEAD
    No. 102 PC
    Case below: 48 NC App 575
    Petition by defendants for writ of certiorari to North Carolina Court of Appeals denied 2 December 1980.

STATE v. BOLT
    No. 67 PC
    Case below: 47 NC App 584
    Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 2 December 1980.

STATE v. BRACEY
    No. 65 PC
    No. 24 (Spring Term)
    Case below: 48 NC App 603
    Petition by Attorney General for discretionary review under G.S. 7A-31 allowed 2 December 1980.

STATE v. COOK
    No. 68 PC
    Case below: 48 NC App 685
    Petition by defendant for discretionary review under G.S. 7A-31 denied 2 December 1980.

STATE v. CORBETT
    No. 140 PC
    Case below: 48 NC App 742
    Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 3 December 1980